## Anne Ellen Carey, Plaintiff-Appellant, v. National Tea Company, Defendant-Appellee.

### Gen. No. 10,699.

Claude R. Calloway, for appellant; Querrey & Harrow, for appellee; John T. Kennedy, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed December 3, 1953; released for publication December 21, 1953.